No. 04–6895. WILLIAMS v. LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 04–6897. WALLACE v. PLILER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6902. HILL v. MIAMI-DADE COUNTY MAYOR ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–6904. HAVARD v. MCARTHUR ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–6905. HOLLAND v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 04–6906. HILL v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 04–6908. ACKLIN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–6909. BRADLEY v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–6910. ROSS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–6915. GARCIA v. CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–6926. TOWNSEND v. LAFLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–6928. W. M. ET AL. v. COURT SERVICES OFFENDER SUPERVISION AGENCY. Ct. App. D. C. Certiorari denied.

No. 04–6930. LAMARCA v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 04–6931. ALCARAZ MALDONADO v. WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.